

**montgomery goff & bullis**

attorneys at law

4650 38th Ave S • Suite 110
Fargo, ND 58104
PO Box 9199 • 58106-9199
Phone (701) 281-8001
Fax (701) 281-8007

**Michael S. Montgomery***
mike@Bullislaw.com

**John T. Goff***
john@Bullislaw.com

**James R. Bullis***
jim@Bullislaw.com

**Kyle G. Pender***
kyle@Bullislaw.com

**Paul R. Campbell**
paul@Bullislaw.com

Licensed in North Dakota
*Also Licensed in Minnesota

October 17, 2012

Clerk of Federal Court
655 1st Ave N.
Fargo, ND 58102

RE:   United States of America vs. Andrew Spofford
      Criminal No. 3:12-mj-89
      Our File No. JTG-1026

Dear Clerk of Court:

Please be advised we have a signed and executed Plea Agreement in the above entitled matter. Please schedule this for a Change of Plea hearing for next week, Tuesday or Thursday afternoon if possible.

Thank you.

Very truly yours,

John T. Goff
JTG/jlh
Cc:   Chris Myers